UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAGI BARZILAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV01781 ERW |
| ) | |
| TAMAR BARZILAY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the status conference held on September 5, 2008. The Court heard arguments from the parties regarding how they propose to proceed following the Eighth Circuit's reversal and remand of the Court's prior decision in this case. The Court requested that the parties submit briefs outlining the issues that they would like to address in a future hearing on the matter, requesting any discovery the parties feel is necessary, and making recommendations as to when the hearing should take place.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that parties shall submit their briefs no later than **September 12, 2008**.

So Ordered this 8th Day of September, 2008.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE